# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

V.

**MARIE T. FLYNN A/K/A MARIE THERESA FLYNN; et al.**
**Defendant (Respondent)**

CASE and/or DOCKET No.: 16-05906

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served MARIE T. FLYNN the above process on the 2 day of January, 2017, at 2:31 o'clock, PM, at 446 WESTMONT DRIVE COLLINGDALE, PA 19023 , County of Delaware, Commonwealth of Pennsylvania:

**Manner of Service:**

☑   By handing a copy to the Defendant(s)

Description: Approximate Age 51-55  Height 5'6  Weight 170  Race WHITE  Sex FEMALE  Hair BROWN

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of **Pa** _____   )
                                              ) SS:
County of _____ **Berks** _____           )

Before me, the undersigned notary public, this day, personally, appeared _____ **D'wayne Henriksson** _____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-158353
Case ID #:4775021

Subscribed and sworn to before me
this **5** day of **JAN** , 20 **17** .

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017