IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| MARIE T. FLYNN | : | |
| | | No. 16-5906 |
| | : | |

NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on August 2, 2017. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE _JAMES A. BYRNE U.S. COURTHOUSE_, 601 MARKET STREET, PHILADELPHIA, PA 19106.   PLEASE REPORT TO _ROOM 2609_ FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                        Kate Barkman
                                        Clerk of Court


                                        By: s/Joseph B. Walton
                                        Joseph B. Walton
                                        Deputy Clerk
                                        Phone: 267-299-7073

Date:       May 5, 2017

Copies:     Patricia K. Clark, Courtroom Deputy to Judge Gerald A. McHugh
            Docket Clerk - Case File

            Counsel:        Rebecca Ann Solarz, Esq.
                            F.D. Hennessy, Jr., Esq.