UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff<br><br>vs.<br><br>MARIE T. FLYNN<br><br>         Defendant(s) | CIVIL NO. 16-05906 |

## STIPULATION TO DISMISS ACTION

**WHEREAS**, the above-captioned Complaint was file on November 14, 2016;

**WHEREAS**, the defendant, MARIE T. FLYNN, through her undersigned counsel, filed an Answer to Plaintiff's Complaint on February 23, 2017;

**AND WHEREAS**, a Total and Permanent Disability Discharge was approved for MARIE T. FLYNN on May 25, 2017;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that this Action be dismissed without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Date: 6-2-2017

                F.D. Hennessy, Jr., Esquire
                Attorney for Defendant

Date: 6/7/17

                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                Attorney for Plaintiff